PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUGUSTINA RAMOS, | ) | |
| | ) | CASE NO. 1:25-CV-1015 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF** |
| | ) | **OPINION AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 11] |

On November 24 2025, the assigned magistrate judge issued a Report and Recommendation that the Commissioner of Social Security's final decision denying supplemental security income be affirmed  See ECF No. 11.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. *See* 28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within fourteen days of service.  *See id*.; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a party's right to appeal the district court's judgment.  *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981).  Absent objections, a district court may adopt a magistrate judge's report without review.  *See Thomas, 474 U.S. at 149*.

Objections to the Report and Recommendation were due by December 8, 2025.  None have been filed.  Accordingly, the Court adopts the Report and Recommendation.  ECF No. 11.

(1:25-CV-1015)

The Commissioner's decision denying Plaintiff's application for supplemental security income is affirmed.  A separate Entry of Judgment shall issue.

       IT IS SO ORDERED.

| | |
|---|---|
| February 13, 2026 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |